# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KEVIN SANFORD,<br><br>          Petitioner,<br><br>     v.<br><br>M. D. McDONALD, Warden,<br><br>          Respondent. | No. CV 10-10054-DMG (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED:  April 30, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE